**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**GERTRUDYS FERNANDEZ,**

                Plaintiff,                              20 **CIVIL** 3106 (ALC)

       -against-                               **JUDGMENT**

**COMMISSIONER OF SOCIAL SECURITY,**

                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated, September 16, 2021, Plaintiff's motion is **DENIED**, and the Defendant's motion is **GRANTED**; accordingly, this case is closed.

**Dated:**  New York, New York
           September 17, 2021

                                                        **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                   **BY:**
                                                             **Deputy Clerk**